FILED
U.S. DISTRICT COURT
EVANSVILLE DIVISION

2012 APR 16  AM 11: 59

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Arthur C. Moore,
            Plaintiff,

vs.                                  Cause No.

Evansville Assoc for the Blind       3 : 12 -cv- 47    RLY -WGH
            Defendant.

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant __E. A. B.__ for discrimination as set forth below.

Plaintiff __✓__ DOES ___ DOES NOT (indicate which) demand a jury trial.

## I. PARTIES

Plaintiff's Name, Address, and Phone Number:   Arthur C. Moore
                                               11090 Hwy. 416 W.
                                               Henderson, Ky. 42420

Defendant's Name and Address:   Evansville Association for The Blind
                                500 Second Av.
                                Evansville, In. 47711

## II. JURISDICTION

1. This complaint is brought pursuant to:

    _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(a)(4);

    _____ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

____✓____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. §§ 1331 and 1343(a);

_____ Other (list): _____

2.   Plaintiff __✓__ DID ____ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission.  [**Attach a copy of charge to this complaint**].

3.   Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about __01-17-12__ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

Employer Management Team Determined me to be Disabled to the point I should not have gone under trailers to do my job as they wrote me a "Disciplinary Notice" for doing so, and shortly used that illegitimate "Notice" as reason to fire me.

### IV. FACTS IN SUPPORT OF COMPLAINT see EEOC charge attached.

It is Required by Federal D.O.T. Regs. that truck drivers go under the equipment for safety inspection. I went under the trailer to crank dollys hurt my back. This injury required time off work. Management decided to fire me. I was not aloud to take 1/2 day vacation as all other employees. Management has lied. I was not given uniform. Often I was not aloud to have "Break", coffee not for me unless I pay for whole pot of coffee.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Re-enstatement to employeed as Truck Driver in a Truck to accomulate my dissability, or simmiler to what Berry Plastics uses. Back pay. Compensation for pain & suffering. Require Management to attend Classes on how to not abuse their workers. & Make Them Tell the Truth!

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this __16__ day of __April__, 20__12__.

_Arthur C. Moore_
(Signature of Plaintiff)

| EEOC Form 5 (11/09) | | | |
|---|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>2011-068<br>24C-2011-00107 | |

City of Evansville Human Relations Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Arthur C. Moore | (270) 860-9759 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 11090 Hwy. 416 W., Henderson, KY 42420 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| EVANSVILLE ASSOCIATION FOR THE BLIND | Unknown | (812) 422-1181 |

| Street Address | City, State and ZIP Code |
|---|---|
| 500 Second Avenue, Evansville, IN 47711 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-09-2009   Latest: 04-20-2011
[X] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I have worked fro the Respondent as a driver since June of 2008. I was injured while working for the Respondent in January 2009. I was eligible for vacation from the Respondent beginning in June of 2009. I was told by the Assistant Plant Manager that I was not eligible for half day vacations like the rest of the employees. I reinjured myself while at work on January 24, 2011 and I was again not eligible to take off of work for half days. The employee who worked in my position previously, Larry Cash was able to take half day vacations. I was also told that I would be issued work uniforms and I never was. I feel that the Respondent treats me differently than other employees and refuses to allow me to take off due to my injury in an attempt to get me to quit my position or find a reason to terminate me.

I feel that I have been discriminated against based on my injury and the perception that I am disabled in violation of the ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |
| Apr 20, 2011   *Arthur C. Moore*<br>Date             Charging Party Signature | |