UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ARTHUR C. MOORE, )<br>)<br>    plaintiff, )<br>)<br>vs. )<br>)<br>EVANSVILLE ASSOCIATION FOR THE )<br>BLIND )<br>    defendant. ) | Cause No. 3:12-cv-00047-RLY-WGH |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by their respective counsel, stipulate and agree that this case should be dismissed with prejudice, costs paid, because all matters in controversy have been fully compromised and settled.  The Court, finding that this matter should, therefore, be dismissed, hereby

ORDERS that the above cause of action is dismissed with prejudice, costs paid.

**SO ORDERED** this 13th day of May 2013

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana